# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| HATCHER INVESTMENTS, LCC, Individually and on behalf of itself and all Those similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>BELFOR USA GROUP, INC.,<br><br>      Defendant. | Case No. 4:22-cv-00128-BP |

### CLERK'S ORDER OF DISMISSAL

On the 24th day of October 2023, the parties herein having filed a Stipulation of Voluntary Dismissal with Prejudice,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Belfor USA Group, Inc. Each party to bear its own fees and costs associated with the claims.

            AT THE DIRECTION OF THE COURT

            Paige Wymore-Wynn, Clerk of Court
              **/s/ Shauna Murphy-Carr**
                Deputy Clerk

Date: October 25, 2023